IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. HAMILTON, | : | Civil Action No. 4:12-CV-0952 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CENTRE COUNTY CHILD ACCESS CENTER, EVELYN WALD, JENNIFER BIERLY, and JOHN DOES, | : | |
| | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

**ORDER**

April 30, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough January 31, 2013 report and recommendation of Magistrate Judge Martin C. Carlson. No objections have been filed.

Because this court agrees with Judge Carlson's thorough analysis the court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Martin C. Carlson's Report and Recommendation is ADOPTED in full. (ECF No. 31)

2. Defendants' Motions to Dismiss are GRANTED. (ECF Nos. 25 and 26).

3. The action is dismissed with prejudice.

4. The clerk is directed to close the case file.

                                                    s/ Matthew W. Brann  
                                                    Matthew W. Brann  
                                                    United States District Judge